AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

ASHAUNTE MCLEAN, on behalf of himself and others similarly situated

V.

CBV COLLECTION SERVICES LTD doing business as PRIMARY FINANCIAL SERVICES, LLC and PRIMARY FINANCIAL SERVICES, LLC

CASE NUMBER: 1:14-cv-07789

ASSIGNED JUDGE: Hon. Charles Norgle

DESIGNATED MAGISTRATE JUDGE: Hon. Sheila Finnegan

TO: (Name and address of Defendant)

CBV Collection Services Ltd. d/b/a Primary Financial Services, L.L.C.
c/o CT Corporation System
208 S. LaSalle St., Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alexander H. Burke
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK



December 19, 2014

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | April 2, 2015 |
| NAME OF SERVER *(PRINT)* Linda Walshin | TITLE OWNER |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Bryan Waters on behalf of CBV Collection Services, d/b/a Primary Financial Services, LLC at: 240 Monte Vista Ridge Rd, Orinda, CA 94563.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $35.71 | TOTAL $35.71 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on April 2, 2015
*Date*

*Signature of Server*

1441 Detroit Ave, Ste-132
Concord, CA 94520
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.