**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ASHAUNTE MCLEAN, on behalf of himself and others similarly situated, ) ) ) Plaintiff, ) ) No. 1:14-cv-7789 v. ) ) CBV COLLECTION SERVICES LTD doing ) Judge Charles Norgle business as PRIMARY FINANCIAL ) Magistrate Judge Sheila Finnegan SERVICES, LLC and PRIMARY FINANCIAL ) SERVICES, LLC, and WELLS FARGO ) BANK, N.A., ) Defendants. ) | |

**DEFENDANT PRIMARY FINANCIAL SERVICES, LLC'S STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Primary Financial Services, LLC ("PFS") submits the following statement of disclosure of corporate affiliations and financial interest:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes _____          No __X__

    If the answer is "Yes", list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes _____          No __X__

Dated: April 17, 2015                                   Respectfully submitted,

**PRIMARY FINANCIAL SERVICES, LLC**

By:  */s/Rosa M. Tumialán*
     One of Its Attorneys

Rosa M. Tumialán
Melanie J. Chico
John F. Rhoades
DYKEMA GOSSETT PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606
(312) 627-2139 / (312) 627-2279
rtumialan@dykema.com
mchico@dykema.com
jrhoades@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2015, I electronically filed the foregoing **Corporate Disclosure Statement** using the CM/ECF system.

*s/ Rosa M. Tumialán*