**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ASHAUNTE MCLEAN, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) ) | No. 1:14-cv-7789 |
| v. | ) ) | |
| CBV COLLECTION SERVICES LTD doing business as PRIMARY FINANCIAL SERVICES, LLC and PRIMARY FINANCIAL SERVICES, LLC, and WELLS FARGO BANK, N.A., | ) ) ) ) ) ) | Judge Charles Norgle Magistrate Judge Sheila Finnegan |
| Defendants. | ) | |

**DEFENDANT PRIMARY FINANCIAL SERVICES, LLC'S STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Primary Financial Services, LLC ("PFS") submits the following statement of disclosure of corporate affiliations and financial interest:

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

    Yes _____     No __X__

    If the answer is "Yes", list below the identity of the parent corporation or affiliate and the relationship between it and the named party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

    Yes _____     No __X__

2

Dated: April 17, 2015                                  Respectfully submitted,

                                                       **PRIMARY FINANCIAL SERVICES, LLC**

                                                       By:   */s/Rosa M. Tumialán*
                                                             One of Its Attorneys

Rosa M. Tumialán
Melanie J. Chico
John F. Rhoades
DYKEMA GOSSETT PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606
(312) 627-2139 / (312) 627-2279
rtumialan@dykema.com
mchico@dykema.com
jrhoades@dykema.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2015, I electronically filed the foregoing **Corporate Disclosure Statement** using the CM/ECF system.

                                                       *s/ Rosa M. Tumialán*