

# CT

July 24, 2015

**FILED**

JUL 27 2015

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Northern District of Illinois - U.S. District Court - Eastern Division
219 S. Dearborn Street,
Chicago, IL 60604

Re: Ashaunte Mclean, on behalf of himself and others similarly situated, Pltf. vs. Primary Financial Services LLC, etc., Dft.

Case No. 114CV7789

Dear Sir/Madam:

We are returning documents served/received for Primary Financial Services L.L.C..

According to our records our statutory representation services were discontinued and all process sent to the last known address on our records was returned as undeliverable.

Since we do not have any other addresses in our files to which we can forward the papers, we are returning them to you and filing resignation of agent in all states where permitted.

Please understand that we take no position as to the validity of the service. We are merely stating that after reasonable efforts, we do not have any address to which to forward the papers.

Very truly yours,

C T Corporation System

Log# 526481671

Sent By Regular Mail

cc: Alexander H. Burke
    Burke Lwa Offices, LLC
    155 N. Michigan Ave., Suite 9020,
    Chicago, IL 60601

(Returned To)

Northern District of Illinois - U.S. District Court - Eastern Division
219 S. Dearborn Street,
Chicago, IL 60604



7/24/2015